UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLARENCE FROST and TAMMY FROST,<br><br>Plaintiffs,<br><br>v.<br><br>WOODCRAFT SUPPLY LLC.,<br><br>Defendant. | Case No. 24-CV-4403 (NEB/LIB)<br><br>ORDER FOR DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on June 11, 2025 (ECF No. 21), IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE and without any costs, disbursements or attorneys' fees to any party.

Dated: June 11, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge